# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02155-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

TED R. JONES,

    Plaintiff,

v.

[NO NAMED RESPONDENTS],

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Ted R. Jones, currently is detained at the Delta County Jail in Delta, Colorado. Applicant originally submitted three hand-written kites to the Delta District County Court to be delivered to Magistrate Judge Boyd N. Boland. On August 1, 2014, the Delta Court forwarded the three kites to this Court. Upon review of the kites, the Court finds Applicant is attempting to challenge the validity of his pretrial detention. The Court, therefore, construes this action as filed pursuant to 28 U.S.C. § 2241.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  X   is not submitted
(2)  ___  is not on proper form (must use the Court's current form)
(3)  ___  is missing original signature by Applicant
(4)  ___  is missing affidavit
(5)  ___  affidavit is incomplete
(6)  ___  affidavit is not properly notarized
(7)  ___  names in caption do not match names in caption of complaint, petition or application
(8)  X   other: In the alternative Applicant may pay the $5 filing fee.

**Complaint or Petition**:
(9)  ___  is not submitted
(10) X   is not on proper form (must use the Court's current form)
(11) ___  is missing an original signature by the Applicant
(12) ___  is incomplete
(13) ___  uses et al. instead of listing all parties in caption
(14) ___  names in caption do not match names in text of Complaint
(15) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___  other:.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 2241 action and a 28 U.S.C. § 1915 motion and affidavit used when requesting leave to proceed *in forma pauperis* in filing a habeas action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  The forms must be used to cure the above noted deficiencies.  It is

3

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.  It is

FURTHER ORDERED that the Clerk of the Court shall change the Docket to "Ted R. Jones" as Petitioner as stated in ECF Nos. 3 and 4.

DATED August 7, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge